## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

SMS CAPITAL, LLC,

               Plaintiff

v.

AMEDCA OREGON, LLC,

  -  and -

ALAN FISHER,

  -  and -

MATTHEW LOBENE

            Defendants

Case No. _____

## **COMPLAINT**

    Plaintiff, SMS Capital, LLC, by counsel, now files this Complaint against Amedca Oregon, LLC, Alan Fisher, and Matthew Lobene ("Defendants") and alleges as follows:

### **Parties**

    1.    Plaintiff, SMS Capital, LLC ("SMS Capital") is a Single-Member District of Columba Limited Liability Company.

    2.    Defendant Amedca Oregon, LLC ("Amedca") is an Oregon Limited Liability Company with its principal office in Boca Raton, Florida.

    3.    Defendant Alan Fisher ("Fisher") is an adult resident of the State of Florida and is Amedca's Managing Member. Fisher is also a creditor's rights attorney, licensed to practice

1

law in Florida, with over 25 years of experience.

    4.     Defendant Matthew Lobene ("Lobene") is an adult resident of the State of New York and is Guarantor for the transaction between Amedca and SMS Capital and is also a Member of Amedca.

    5.     Collectively, Fisher and Lobene own 100% of Amedca.

## Jurisdiction and Venue

    6.     Jurisdiction is proper under federal diversity jurisdiction, 28 U.S.C. 1332, as the parties are completely diverse in citizenship and the amount in controversy exceeds $75,000, excluding interest, costs, and fees.

    7.     Venue is proper under 28 U.S. Code § 1391(a)(2) because all or a substantial portion of the events giving rise to Plaintiff's claims occurred in the District of Columbia.

## Statement of Facts

    8.     SMS Capital is a Single-Member Limited Liability Company duly authorized to conduct business in the District of Columbia by and through the Managing Member, Samuel Solondz ("Solondz"), of its parent company, SMS Development, LLC.

    9.     On or about May 3, 2016, SMS Capital was approached by the Defendants to secure financing for its business operations, more specifically, to enable Defendants to enter into a joint venture agreement with Tikun Olam, LLC, an Oregon Limited Liability Company engaged in the medical marijuana business.

    10.    On or about May 3, 2016, Amedca, through its Managing Member, Fisher, and Lobene, Member and Guarantor for Amedca, solicited SMS Capital into entering into a Loan Agreement and Promissory Note (the "Agreement" or "Note") (attached hereto as "Exhibit A")

"secured by a Guaranty (the "Guaranty") (attached hereto as "Exhibit B").

11.     Prior into entering into the contract, Defendants made several misrepresentations including (i) that they have one million dollars committed from its financial arm in the next twenty-one days; (ii) that this is a billion-dollar deal; and (iii) that they have six million dollars committed over the next three months. *See* Exhibit C at pg. 4 of 34, Text message exchange between Lobene and Solondz.

12.     Amedca proposed that the funds were only to be used to fund a pledged account required by its joint venture with Tikun Olam, LLC and that within thirty days' Defendants would pay all amounts owed.

13.     Defendants prepared the contract.

14.     Defendants then sent Plaintiff its private placement memorandum documents to further its enterprise. *See* Exhibit D.

15.     On or about May 4, 2016, SMS Capital was instructed to wire $250,000.00 to Amedca's Bank of America business account, ATO Holdings. *See* Exhibit E at pg. 1. Email from Fisher to Solondz.

16.     On or about May, 4 2016, after SMS Capital wired the funds to Amedca, Lobene continued to boast about the size of the business he was building and continued to solicit Solondz to either lend more money or ask others who would be willing to, including his family members, and offered Solondz one hundred thousand stock units for each state that Amedca "secures".  Lobene futher went on to claim that he had "secured" Washington, DC and that it will be worth $500 million. *See* Exhibit C at pg. 13 of 34. Text Message Exchange between Lobene and Solondz.

17.     On or about May 6, 2016, Lobene wrote to Solondz that they are preparing a

private placement memorandum for Washington, DC, they will have a flagship dispensary in DC, and are projected to do $70 million the first year. He further went on to claim that Fisher was putting his house up as collateral and if Solondz was willing to give another $500,000 for a five-day loan with a $25,000 coupon, all in a desperate effort to further their fictitious enterprise. *See* Exhibit C at pg 13-17 of 34.

18.     On or about May 9, 2016, Lobene again attempted to induce and solicit Solondz into investing more money in the company and instead offered him a 10% interest in the company. *See* Exhibit C at pg 19 of 34.

19.     Lobene continued to attempt to exert pressure on Solondz to either send more money or have others invest in their enterprise and then later claimed that the entire amount they had committed was in their account. *See* Exhibit C at pg 20-22 of 34.

20.     The parties agreed that the Defendants would either repay the entire principal, including interest, on June 6, 2016, to SMS Capital or allow SMS Capital to reinvest the principal and interest, or any combination thereof, into the Defendants company. *See* Exhibit A Section 1.7 Additional Terms.

21.     On or about June 2, 2016, SMS Capital sent an email to both Fisher and Lobene that it opted to be repaid the entire principal and interest due with wiring instructions on where to send the funds.

22.     On or about June 6, 2016, based on a series of conversations, it was clear that the Defendants were not able to timely repay the amounts owed.

23.     On or about June 6, 2016, until about June 9, 2016, through a series of phone calls, text messages, and emails, Defendants assured SMS Capital that money would be on the wire each of those days, giving SMS Capital assurances not to be concerned. These false

4

assurances have continued to date and are an ongoing delay by the Defendants to repay amounts owed. *See* Exhibit F at pg. 1. Email from Fisher to Solondz.

24.     On or about June 7, 2016, Defendants breached their obligations under the Agreement and have been in continuous default under the Agreement.

25.     On or about June 8, 2016, Solondz spoke with Defendants and sought to recover amounts that were overdue and sent Defendants an email with the details of the loan and instructions on its payoff. *See* Exhibit F at pg. 1. Email from Solondz to Fisher.

26.     On or about June 9, 2016, Defendant, Fisher, sent Solondz an email stating that "[W]e are awaiting funds to be wired into our account and we have already lodged wiring instructions with my bank to pay you in full once the funds have cleared my trust account." *See* Exhibit F at pg. 1. Email from Fisher to Solondz.

27.     On or about June 9, 2016, Defendant sent a text message to Solondz stating that "Alan just said he is hawking his account wire is supposed to be coming in from west coast. He already lodged imme[d]iate wire to you once it[']s in[.]" *See* Exhibit C at pg. 32 of 34.

28.     On or about June 14, 2016, as a direct result of Defendants failure to repay sums due, SMS Capital was forced to acquire a loan to pay its outstanding obligations, in which interest continues to accrue.

29.     On or about June 15, 2016, Defendant, Lobene, claims to not have had his phone on or was on "do not disturb" in a secure location in the mountains claiming that "These people are sending me a lot of money and I was at the[i]r compound in the mountain[s] for 2 days and came back down last night." *See* Exhibit C at pg. 33 of 34.

30.     On or about June 15, 2016, Defendant, Fisher, sent a text message to Solondz, claiming that Lobene was in meeting all day trying to secure funds to repay the debt, this issue

will be resolved and that he spoke with another partner of his who claimed that Lobene was in the mountains and didn't have cellular service and that an agreement was reached with investors and the money would be wired and Solondz would be repaid on that same day. Solondz's response to Fisher was that he saw a photo of Lobene on Facebook, on Sunset Boulevard in Los Angeles the night before and the reception there is perfect. *See* Exhibit I at pg. 2 of 3. Text Message exchange between Fisher and Solondz.

31.     On or about June 16, 2016, Lobene sent a message to Solondz claiming that "100 percent by the end of day next Tuesday or end of this week. I already have a loan lined up if I don't get wire in by tomorrow." *See* Exhibit G pg. 2 of 2. Facebook messages between Lobene and Solondz.

32.     On or about June 21, 2016, Lobene sent a text message to Solondz claiming that he secured the funding and will be paying Solondz immediately. *See* Exhibit J. Text message exchange between Lobene and Solondz.

33.     On or about June 22, 2016, SMS Capital had prepared an Amendment to Loan Agreement and Promissory Note ("Amendment"), in order to assist the Defendant's willingness to repay the monies owed. *See* Exhibit J. Amendment to Loan Agreement and Promissory Note.

34.     On or about June 23, 2016, Fisher sent an email to Solondz stating that: "We are working to get this done within the week." *See* Exhibit H. at pg. 5 of 5.

35.     On or about June 26, 2016, Lobene sent a message to Solondz stating that he is still in Los Angeles but Fisher issued their contract on the Friday prior and they are getting their first tranche no later than June 28, 2016 that he will be making this up to Solondz in a "big way". *See* Exhibit C at pg. 33-34.

36.     On or about July 12, 2016, Fisher executed the Amendment and emailed it to Solondz. *See* Exhibit K. Amendment to Loan Agreement and Promissory Note.

37.     SMS Capital has made multiple attempts to negotiate with Defendants, the return of the monies owed and to no avail, has ultimately been misled and unsuccessful.

38.     Defendants claim that the funds are in a secure account however, the precise location of the wired funds is currently unknown.

39.     Amedca, through its members, continue to make false promises and excuses to delay repayment of the monies owed to SMS Capital.

40.     On or about August 5, 2016, Solondz requested that the Defendants make a good faith payment of $10,000 in order to provide Defendants with an extension of time to repay the monies owed. Both Defendants ignored this request and continue to skirt their obligations under the Agreement, thereby forcing SMS Capital to bring this action.

## COUNT I
## BREACH OF CONTRACT

41.     Each of the allegations set forth in paragraphs 1-40 are hereby incorporated and alleged as if set forth in full.

42.     The Agreement is a written contract between Amedca, Fisher, Lobene, and SMS Capital.

43.     Pursuant to the Agreement, under Section 7 Default, a failure of the Borrower (which shall include any endorser, surety or Guarantor) to perform any covenant hereunder or to pay any obligation secured hereby when due; constitutes a breach of the Agreement and further states that: "If Borrow defaults, it shall reimburse Lender all costs and fees, including attorney's fees, associated with the collection of the Note." *See* Exhibit A at ¶ 7.

44.     The Loan Agreement, Note, and Guaranty constitute a binding agreement

between and among Amedca, Fisher, and Lobene and SMS Capital.

45.     The terms of the Loan Agreement, Note and Guaranty obligate Defendants to repay the sums due and owed to the Plaintiff.

46.     To date, Defendants have failed to repay the sums due and owed to them pursuant to their obligations under the Loan Agreement, Note, and Guaranty.

47.     As a direct result of Defendants aforementioned breach of the Agreement, SMS Capital has suffered damages.

48.     SMS Capital continues to suffer additional damages with each passing month and seeks damages for these amounts from June 6, 2016 through the date of judgment.

WHEREFORE, under Count I hereof, Plaintiff respectfully requests that this Honorable Court:

    A.     Award judgment in favor of the Plaintiff for damages of an amount not less than $100,000;

    B.     Award Plaintiff pre-judgment and post-judgment interest;

    C.     Award Plaintiff its costs and attorneys' fees; and

    D.     Grant such other and further relief as the Court deems proper.

## COUNT II
## FRAUDULENT MISREPRESENTATION

49.     Each of the allegations set forth in paragraphs 1-48 are hereby incorporated and alleged as if set forth in full.

50.     Defendants made several misrepresentations in order to induce SMS Capital to enter into the lending arrangement.

51.     Defendants misrepresented numerous statements including but not limited to: (i)

that they have one million dollars committed from its financial arm in the next twenty-one days; (ii) that this is a billion-dollar deal; (iii) that they have six million dollars committed over the next three months; and (iv) that Defendants would repay SMS Capital within 30 days of receiving the funds and issue him one hundred thousand shares of the company's stock units.

52.     Defendants prepared the contract.

53.     The statements made by Defendants were a material fact upon which SMS Capital relied upon to enter into the contract.

54.     SMS Capital has been damaged by Defendants' fraudulent misrepresentations.

WHEREFORE, under Count II hereof, Plaintiff respectfully requests that this Honorable Court:

> A.     Award judgement in favor of the Plaintiff for damages of an amount not less than $500,000;
>
> B.     Award Plaintiff pre-judgment and post-judgment interest;
>
> C.     Award Plaintiff its costs and attorneys' fees; and
>
> D.     Grant such other and further relief as the Court deems proper.

## COUNT III
## ACTUAL AND CONSTRUCTIVE FRAUD AND FRAUDULENT INDUCEMENT

55.     Each of the allegations set forth in paragraphs 1-54 are hereby incorporated and alleged as if set forth in full.

56.     Defendant's engaged in a pattern of materially false misrepresentations to induce Plaintiff into providing them monies in the amount of $250,000.

57.     Defendant's made such materially false statements knowingly and intentionally.

58.     Defendant's material misrepresentations were intentionally calculated to induce

Plaintiff's reliance.

59.     Defendant's knew that SMS Capital would rely on their misrepresentations.

60.     Plaintiff's reliance on the misrepresentation were justifiable and foreseeable.

61.     Plaintiff provided monies in the amount of $250,000 to Defendant's in reliance on those knowing material misrepresentations.

62.     But for Defendant's knowing misrepresentations, Plaintiff SMS Capital would not have loaned the monies to Defendant.

63.     SMS Capital has suffered damages as a result of Defendant's failure to repay the monies loaned to them, and will continue to suffer damages until the loaned monies are repaid.

WHEREFORE, under Count III hereof, Plaintiff respectfully requests that this Honorable Court:

E.     Award judgement in favor of the Plaintiff for damages of an amount not less than $500,000;

F.     Award Plaintiff pre-judgment and post-judgment interest;

G.     Award Plaintiff its costs and attorneys' fees; and

H.     Grant such other and further relief as the Court deems proper.

## COUNT IV
## UNJUST ENRICHMENT

64.     Each of the allegations set forth in paragraphs 1-63 are hereby incorporated and alleged as if set forth in full.

65.     Defendants have been unjustly enriched in the amount of $250,000, as they received the loan proceeds, to the detriment of the Plaintiff, without repaying such loan amounts.

66.     Under the circumstances described herein, it would be improper and inequitable

for Defendant's to obtain a windfall pursuant to the above-referenced acts.

67.    As a result of Defendant's unjust enrichment, Plaintiff SMS Capital has suffered actual damages in the amount of $250,000.

WHEREFORE, under Count IV hereof, Plaintiff respectfully requests that this Honorable Court:

A.    Award judgement in favor of the Plaintiff for damages of an amount not less than $250,000;

B.    Award Plaintiff pre-judgment and post-judgment interest;

C.    Award Plaintiff its costs and attorneys' fees; and

D.    Grant such other and further relief as the Court deems proper.

## DEMAND FOR JURY TRIAL

WHEREFORE, Plaintiff respectfully requests a trial by jury.

Respectfully Submitted,

Dated: August 10, 2016

SMS CAPITAL, LLC
By Counsel

_____
/s/
_____
Ramsey Alloush (D.C. Bar # 1012065)
Faisal Moghul (D.C. Bar #1007598)
ALLOUSH LLP
1010 Wisconsin Avenue, NW
Suite 240
Phone: (202) 800-7248
Facsimile: (202) 827-0613
moghul@moghullaw.com
ralloush@alloushllp.com

CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing was served via Electronic Case Filing this 10th day of August 2016 and by First Class Mail, postage prepaid on Defendants.

/s/ Ramsey Alloush
Ramsey Alloush

# EXHIBIT A

## LOAN AGREEMENT

This LOAN AGREEMENT is entered into this 4th day of May, 2016 by and between SMS Capital, LLC, a District of Columbia limited liability company (hereinafter "Lender"), and Amedea Oregon, LLC, a Oregon limited liability company (hereinafter "Borrower"), located at 433 Plaza Real, Suite 275, Boca Raton, FL 33432;

WHEREAS, Borrower has applied to Lender for a Loan to enable Borrower to enter into a joint venture in the State of Oregon with Tikun Olam Oregon, LLC;

NOW, THEREFORE, the Lender and the Borrower do hereby agree as follows:

1. **THE LOAN**

1.1. **The Loan.** The Lender agrees to extend, subject to the conditions hereof, and Borrower agrees to take, a Loan (hereinafter "Loan") totaling $250,000.00.

1.2. **The Note.** Borrower shall execute a promissory note in favor of the Lender in a form substantially similar to that completed promissory note attached hereto as Exhibit A, the terms and conditions of which are incorporated herein by reference (hereinafter; "the Note").

1.3. **Draws.** It is contemplated that Borrower will borrow the entire loan amount at closing and repay same as required by the terms of the Note and this Agreement.

1.4. **The Terms of the Loan.** The aforesaid Loan shall be for a term of thirty (30) days from the date of the Note. The principal balance of the Loan shall be payable in thirty (30) days by Borrower as required by the terms of the Note.

1.5. **Rate and Payment of Interest.** The aforesaid Note shall bear interest at the rate of twenty percent (20%), compounded monthly (every 30 days). Except as expressly provided otherwise herein, all computations of interest and fees shall be made on the basis of actual number of days elapsed over a year of 360 days.

1.6. **Termination.** The Loan and the Lender's obligations shall terminate automatically upon the occurrence of any event of default hereunder and Lender's subsequent determination not to waive such event of default.

Both Borrower and Lender shall have the right to terminate the Loan in the event of default, by giving written notice of its decision to terminate to the other party fifteen days (15) in advance of the effective date of such termination. Termination by either the Lender or the Borrower shall not release the Borrower from its obligation to repay the amount advanced by the Lender under the Loan plus all interests payable to Lender; nor

- 1 -



shall termination prejudice or release any of the collateral or rights to enforce repayment of the Loan that the Lender may have.

1.7     Additional terms.  At the expiration of the 30 day loan period, the Lender has the option to receive the entire payment of principal and interest due, may choose to invest the principal and/or interest due in the Borrower, or any combination and percentage of payment and investment Lender, at its discretion, selects.  In addition, Lender shall be paid 100,000 units of the Borrower after the term of this Loan expires.  Such units shall not be subject to the Regulation D offering documents reference titled, "Dilution of Shares".  The par value of the units issued to Lender shall not fall below a par value of $1.00 per unit.  Any attempt to dilute said units shall be considered a default under this Agreement, and shall be enforceable with all rights and remedies under law and equity.

1.8.    The Guarantor.  Payment of the Loan will be personally guaranteed by Matthew Lobene pursuant to a Continuing Guaranty Agreement in favor of the Lender on a form approved by Lender, attached hereto as "Exhibit B".

2.      CORPORATE AUTHORITY

In its corporate borrowing resolution given to the Lender, Borrower shall state the names and titles of those corporate officers authorized to execute this Agreement, the Note, and any additional documentation.

3.      CORPORATE STATUS

The Borrower is an entity duly incorporated and organized and validly existing in good standing in its jurisdiction of incorporation, is duly qualified and in good standing as a foreign corporation and authorized to do business in all other jurisdictions wherein the nature of its business or property makes such qualifications necessary, except where its failure so to qualify would not have a material adverse effect, and has full power to own its real properties and its material personal properties and to carry on its business as now conducted.

4.      TAXES

The Borrower shall pay when due all taxes, assessments and governmental charges and levies upon it or its income, profits, or property, except those which are being contested in good faith by appropriate proceedings and with respect to which adequate reserves have been set aside and except where the failure to do so would not have a material adverse effect.

5.      INSURANCE

The Borrower shall maintain insurance, which may include self-insurance, in such

- 2 -



amounts and covering such risks as is consistent with sound business practice.

6.     POWER OF ATTORNEY

Borrower hereby grants Lender an irrevocable Power of Attorney to endorse any and all checks and to execute any other documentation in the name of and on behalf of the Borrower to enable the Lender to collect the Note.

7.     DEFAULT

Upon the happening of any of the following events, each of which shall constitute a default hereunder, all liabilities of the Borrower to the Lender shall become immediately due and payable at the option of the Lender: (a) failure of the Borrower (which shall include any endorser, surety or Guarantor) to perform any covenant hereunder or to pay any obligation secured hereby when due; (b) dissolution of the Borrower or death of any Guarantor of this Note; (c) filing of any petition in bankruptcy by or against the Borrower or any Guarantor of this Note; (d) application for appointment of a receiver, or making of a general assignment for the benefit of creditors by, or insolvency of the Borrower or any Guarantor; or (e) determination by any officer of the Lender that a material adverse change has occurred in the financial condition of the Borrower or any Guarantor. Upon the occurrence of any such event of default and at any time thereafter, Lender shall have all of the remedies of a secured party under the Uniform Commercial Code of the State of Florida, and as provided in this agreement, the Note and all other documents executed by Borrower in connection herewith. Lender may waive any default before or after the same has been declared without impairing its rights to declare a subsequent default hereunder, this right being a continuing one. If Borrow defaults, it shall reimburse Lender all costs and fees, including attorney's fees, associated with the collection of the Note.

In the case of an Event of Default relating to the Borrower or a Subsidiary, the respective commitment of the Lender shall be immediately terminated and the Loan, including all interest thereon, and all other obligations shall be immediately due and payable, without presentment, demand, protest or notice of any kind, all of which are hereby expressly waived by the Borrower.

8     HEADINGS

The headings of the sections and subsections hereof are provided for convenience only and shall not in any way affect the meaning or construction of any provision of this Agreement.

[Signatures follow]

- 3 -



IN WITNESS WHEREOF, the undersigned have executed this Agreement on the date first written above.

_____  Managing Member
(Borrower)

_____
(Lender)

## EXHIBIT "A"
## PROMISSORY NOTE

| $250,000.00 | May 4, 2016 | June 4, 2016 |
|---|---|---|
| Amount of Note | Date of Note | Due Date |

Amedca Oregon, LLC, the undersigned, (hereinafter called "Maker"), promises to pay to SMS Capital, LLC (hereinafter called "Lender"), or order, payable at 1160 1st St NE Penthouse 20 , Washington DC 20002 or such other place specified by Lender in writing, Two Hundred Fifty Thousand and No/100 Dollars ($250,000.00.00) with interest thereon at the rate of twenty (20) percent, compounded monthly, from the date hereof until paid, payable as follow:

Three Hundred Thousand Dollars ($300,000.00) shall be paid to Lender on June 6, 2016. June 14, 2016 Except as expressly provided otherwise herein, all computations of interest and fees shall be made on the basis of actual number of days elapsed over a year of 360 days.

Upon the happening of any of the following events, each of which shall constitute a default hereunder, the Obligation of the Maker to Lender shall become immediately due and payable at the option of Lender: (1) failure of any Obligor (which shall include each maker, endorser, surety and guarantor of this note) to perform any agreement hereunder or pay any obligation secured hereby when due; (2) death of any Obligor; (3) filing of any petition in bankruptcy by or against any Obligor; (4) or application for appointment of a receiver for, making of a general assignment for the benefit of creditors by, or insolvency of any Obligor.

Upon occurrence of any such event or at any time thereafter, Lender shall have the remedies of a secured party under Uniform Commercial Code of Florida or real estate laws, as applicable to the security in addition to any other relief that a court of competent jurisdiction may deem just and proper.

All Obligors waive protest of this note. If this note is not paid when due, all Obligors agree to pay all costs and expenses of collection, including reasonable attorneys' fees and legal expenses, all of which are secured by the Collateral. Any demand upon or notice to Maker shall be sufficiently served for all purposes if personally delivered or placed in the mail addressed to the address shown above or such other address as may be shown on Lender's records.

PRESENTMENT for payment, demand, notice of dishonor, protest, notice of protest and any homestead or personal property exemption allowed by the constitutions or laws of any state are hereby waived by the undersigned. Failure by the holder hereof to exercise any option granted it hereunder shall not constitute a waiver of future rights. The term "undersigned" as used herein shall include all makers, co-makers, endorsers, sureties and guarantors hereof.

THERE will be no pre-payment penalty on this Note.

IF DEFAULT is made in the payment specified herein, or any part thereof, and such default shall continue for a period of 15 days, then the holder hereof may, at its option, declare the whole sum then remaining unpaid immediately due and payable.

Amedca Oregon, LLC, Maker

- 5 -

By: Alan Fisher, Managing Member

- 6 -

# EXHIBIT B

## EXHIBIT "B"

### GUARANTY

THIS GUARANTY is made as of the 4th day of May, 2016, by Matthew Lobene (the "Guarantor"), to and for the benefit of SMS Capital, LLC, a District of Columbia limited liability company, and its successors and assigns (the "Lender").

WHEREAS, concurrently with the execution of this Guaranty, Asnedeo Oregon, LLC, an Oregon limited liability company (the "Borrower"), is delivering that certain loan agreement (the "Loan") to Lender, which Borrower executed on the 4th day of May, 2016, or simultaneously, for valuable consideration; and

WHEREAS, Guarantor owns, or has a direct and/or indirect financial interest in, Borrower; and

WHEREAS, it is recognized by the parties that the terms and conditions contained in the Loan if entered into by Lender, were agreed to by Lender solely because Guarantor agreed to guarantee the obligations of Borrower and its successors and assigns under the Loan, and such guarantee was and is a material inducement to the execution and delivery of the Loan by Lender; and

WHEREAS, Guarantor warrants and acknowledges that because of its financial interest, direct and indirect, in Borrower and in the benefits and advantages which will result from the Loan, they will be significantly benefited by the Loan.

NOW, THEREFORE, in consideration of the foregoing and as an inducement for the granting, execution and delivery of the Loan, the sum of two hundred and fifty thousand dollars ($250,000.00), and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, Guarantor hereby unconditionally and irrevocably guarantees, promises and agrees as follows:

1.     Guarantor hereby jointly and severally guarantees to Lender, absolutely, unconditionally and irrevocably: a) the full and prompt payment of all sums which may at any time become due under the Loan, including, but not limited to, interest charges, penalties, lending fees, and all other sums and charges (including, without limitation, Lender's legal expenses, reasonable attorneys' fees and disbursements) (hereinafter sometimes collectively referred to as "Borrower's Monetary Obligations") which Borrower is obligated to pay to or on behalf of Lender or to pay to third parties under the provisions of the Loan; and b) the full and timely performance and observance of all of the covenants, terms, conditions and agreements provided in the Loan to be performed and observed by Borrower (hereinafter sometimes collectively referred to as "Borrower's Non-Monetary Obligations"). Guarantor hereby covenants and agrees to and with Lender that if at any time Borrower shall fail to make payment when due of any of Borrower's

B-1



Monetary Obligations, or if at any time Borrower shall fail to perform and observe when and as required any of Borrower's Non-Monetary Obligations, Guarantor shall forthwith pay Borrower's Monetary Obligations to the Lender and any arrears thereof, and shall forthwith faithfully and punctually perform and fulfill all of Borrower's Non-Monetary Obligations and, in addition thereto, shall forthwith pay to Lender all reasonable attorneys' fees and disbursements incurred by Lender or caused by any such default or the enforcement of this Guaranty.

2.      This Guaranty is an absolute and unconditional guaranty of payment (and not merely of collection) and of performance. The liabilities of Guarantor are primary, irrevocable and co-extensive with that of Borrower and also joint and several (with that of Borrower and one another), and this Guaranty shall be enforceable against Guarantor without the necessity of any suit or proceeding on Lender's part of any kind or nature whatsoever against Borrower and without the necessity of any notice of non-payment, non-performance or non-observance or of any notice of acceptance of this Guaranty or of any other notice or demand to which Guarantor might otherwise be entitled, all of which Guarantor hereby expressly waives. Guarantor hereby expressly agrees that the validity of this Guaranty and the obligations of Guarantor hereunder shall in no way be terminated, affected, diminished or impaired by reason of: a) the assertion of, or the failure to assert by Lender, against Borrower any of the rights or remedies reserved to Lender pursuant to the terms, covenants and conditions of the Loan; or b) any non-liability of Borrower under the Loan, whether by insolvency, discharge in bankruptcy, or any other defect or defense which may now or hereafter exist in favor of Borrower.

3.      This Guaranty guarantees the obligations of Borrower, its successors and assigns.

4.      This Guaranty shall be a continuing guaranty, and it is expressly agreed that the liability of Guarantor hereunder shall in no way be affected, modified or diminished by reason of: a) any assignment, renewal, modification, amendment, extension or waiver of the Loan or any of the terms, covenants and conditions thereof, even if the effect of such assignment, renewal, modification, amendment, extension or waiver shall be to increase the obligations of Guarantor hereunder; or b) any extension of time that may be granted by Lender to Borrower; or c) any consent, release, indulgence or other action, inaction or omission under or in respect of the Loan; or d) any dealings or transactions or matter or thing occurring between Lender and Borrower; or e) any bankruptcy, insolvency, reorganization, liquidation, arrangement, assignment for the benefit of creditors, receivership, trusteeship or similar proceeding affecting Borrower; or f) whether such obligation may be or hereafter become barred by any statute of limitations; or g) whether such obligation is or may otherwise be or become unenforceable, whether or not notice of any of the aforesaid (a) through (g) is given to Guarantor.

5.      Should Lender be obligated by any bankruptcy or other law to repay to Borrower or to Guarantor or to any trustee, receiver or other representative of either of them, any amounts previously paid, this Guaranty shall be reinstated in the amount of such repayments. Lender shall not be required to litigate or otherwise dispute its obligations to make such repayments if it in good faith believes that such obligation exists.



6.      No delay on the part of Lender in exercising any right, power or privilege under this Guaranty or failure to exercise the same shall operate as a waiver of or otherwise affect any such right, power or privilege, nor shall any single or partial exercise thereof preclude any other or further exercise thereof or the exercise of any other right, power or privilege.

7.      No waiver or modification of neither any provision of this Guaranty nor any termination of this Guaranty shall be effective unless in writing and signed by Lender; nor shall any such waiver be applicable except in the specific instance for which it is given.

8.      All of Lender's rights and remedies under the Loan and under this Guaranty, now or hereafter existing at law or in equity or by statute or otherwise, are intended to be distinct, separate and cumulative and no exercise or partial exercise of any such right or remedy therein or herein mentioned is intended to be in exclusion of or a waiver of any of the others.

9.      Guarantor agrees that whenever at any time or from time to time Guarantor shall make any payment to Lender or perform or fulfill any term, covenant or condition hereunder on account of the liability of Guarantor hereunder, Guarantor will notify Lender in writing that such payment or performance, as the case may be, is for such purpose. No such payment or performance by Guarantor pursuant to any provision hereof or otherwise shall entitle Guarantor, by subrogation or otherwise, to the rights of Lender to any payment by Borrower or out of the property of Borrower, except after payment of all sums and fulfillment of all covenants, terms, conditions or agreements to be paid or performed by Borrower and its successors or assigns under the Loan.

10.     Guarantor agrees that they will, at any time and from time to time, within ten (10) days following written request by Lender, execute, acknowledge and deliver to Lender a statement certifying that this Guaranty is unmodified and in full force and effect (or if there have been modifications, that the same is in full force and effect as modified and stating such modification). Guarantor agrees that such certificate may be relied on by anyone holding or proposing to acquire any interest in the Demised Premises or the Building (as defined in the Loan) of which the Demised Premises is a part (or the land on which the same are located) from or through Lender or by the holder of any mortgage or prospective holder of any mortgage or of any interest therein.

11.     As a further inducement to Lender to make and enter into the Loan and in consideration thereof, Lender and Guarantor covenant and agree that in any action or proceeding brought on, under or by virtue of this Guaranty, Lender and Guarantor shall and do hereby waive trial by jury.

B-3

12. Guarantor covenants, warrants and agrees with Lender, and is hereby irrevocably estopped from denying, that the subject matter of this Guaranty is unique, that any failure to perform the covenants, agreements, conditions and obligations under this Guaranty shall cause irreparable injury and damage to Lender and that, accordingly, in addition to and without limiting, reducing, altering, or otherwise affecting any of the rights of Lender at law or in equity to seek damages or other relief, Lender shall have the right to obtain from any court of competent jurisdiction an order or decree compelling specific performance by Guarantor of this Guaranty and of all the obligations, undertakings, conditions, agreements, covenants and other provision of this Guaranty.

13. If any provision of this Guaranty shall be declared to be unenforceable in whole or in part by a court of competent jurisdiction, that part of the Guaranty found to be unenforceable shall be deemed stricken and severed and the remaining provisions and portions shall continue in full force and effect.

14. Guarantor agrees that this Guaranty shall inure to the benefit of and may be enforced by Lender and its successors and assigns, and shall be binding upon and enforceable against Guarantor, its heirs, personal representatives, successors and assigns.

15. This Guaranty, the rights and obligations of the parties hereto, and any claims or disputes relating thereto, shall be governed by and construed in accordance with the laws of the District of Columbia.

16. This Guaranty may be enforced by Lender without the necessity of its signature appearing hereon.

17. Guarantor, within twenty (20) days after Lender delivers to Guarantor written request therefor, will provide Lender with a copy of its most recent financial statements. Such financial statements must be either certified by a certified public accountant or sworn to as to their accuracy by Guarantor. The financial statements provided must be as of a date not more than twelve (12) months prior to the date of request. Lender shall retain such statements in confidence, but may provide copies to lenders and potential lenders as required.

18. All notices or other communications given hereunder, except for service of process, shall be in writing and shall be deemed duly given: i) to Lender, if delivered by certified mail - return receipt requested, or by registered mail - postage prepaid, at c/o Alloush LLP, attention, 1010 Wisconsin Avenue NW, suite 240, Washington, DC 20007; and ii) to Guarantor, if delivered by hand delivery, or by certified mail - return receipt requested, or by registered mail - postage prepaid, or by U.S. mail, at _1160 6st St NE, P.H.20, WASHINGTON DC 20002_. The party to receive notices and the place notices are to be sent, may be changed by written notice, given by Lender to Guarantor pursuant to the provisions of this section 18, however, Guarantor must receive Lender's prior written approval to make such a change.

B-4



It is hereby expressly acknowledged and agreed by the parties hereto that notices under this Guaranty shall only be deemed effective if such notice is given in strict accordance with the terms of this Section 18. Accordingly, any notices given by electronic mail, or by any other means which are not specifically set forth as a proper means for the giving of notices hereunder pursuant to this Section 18, shall not be deemed to be notices under this Guaranty and shall be null and void and of no force or effect.

[Signatures follow]

IN WITNESS WHEREOF, the Guarantor has executed this Guaranty as of the day and year first above written.

GUARANTOR:

print name:     Matthew Lobene

STATE OF FLORIDA
~~DISTRICT OF COLUMBIA~~) ss:
COUNTY OF PALM BEACH

I, Sarah Mokaya, a Notary Public in and for the ~~District of Columbia~~ State of Florida, do hereby certify that on the ___ day of May, 2016, Matthew Lobene, who is personally well known to me (or satisfactorily proven) as the person named in the foregoing instrument bearing date on the ___ day of May, 2016 and hereunto annexed, personally appeared before me in said jurisdiction and acknowledged the same to be his/her free act and deed.

Notary Public: Sarah Mokaya

My commission expires: 12/7/19

SARAH MOKAYA
Notary Public - State of Florida
Commission # FF 941840
My Comm. Expires Dec 7, 2019

B-6

# EXHIBIT C

Message

# Matt Lobne

iMessage

3/30/2016, 11:35

Matt

sam

Yo! How u doing?! When u in DC

Yo I was there all week

I moved in the pad

I'm going to Africa this weekend I'll be back in 10 days

Niice. Welcome. No way– fun times! Before u head out can I call u? Wanted to ask a favor

I'm free now

3/30/2016, 18:06

Send me all the details, color, size, shape that you want the diamond to my email mlobene@integradiamonds.com

Will do

8/10/16, 6:01 PM

4/9/2016, 18:03

Vegas: thurs to Monday or fri to Monday? Looking at flights

Thursday till Monday

Got nick Wynn hoocking it up with suites and free bottle service all weekend

Omg ur the man. Can't wait!

4/13/2016, 08:33

What time u flying in on Thursday? Only direct out of Dca is 8am

I'm flying from NY that day. I'll be arriving around 5pm

But I can put your name on room to check in

If u get there earlier

Ok cool. Thx. Not too many options. Will finalize today and let u know.

8/10/16, 6:01 PM

It's cool to invite Becca too right? I saw that ur bringing a lady

Ya man. However my friend can only go for the 4th of July now so I am prob going to go with out one, however I have like a few I can invite lol...

Gotcha. Of course u do! And plenty of them there.

the rooms are booked and everything and i have room for 12 and I already counted you and her in

Perfect! A room for 12?!

but i can always fill in her spot with a nice russian chick if you want

That's fucking awesome

lol

Oh I wish but can't do that– she lives with me and would literally chop off my balls

I was joking

8/10/16, 6:01 PM



I wasn't

lol

i would never allow you to do that she is a good
girl

Agreed

Thx!

5/3/2016, 17:53

Yo. Quick question. My company signed a deal and
we have the rights to the state of Florida and
Oregon with the company called Tikun Olam. They
are the leading medical marajuana company in the
world. We need to put 250k into the joint holding
company account by tomorrow 5 pm and my
attorney is joint signature on the account. I have 1
million committed from my financial arm in the
next 21 days. If you know any one that can front
the money tomorrow we will pay them 50k dollars
on top of there money for 30 days and I will give
you 100k free shares. The company is the leading
company in Israel now and owns 25 percent of the
market on Canada and is in every publication in
USA as they have launched huge here and I own the
rights to 2 states and negotiating 13 more. This is
a billion dollar deal. We have a professional PPM
done and over next 3 months have commitments
for 6 million dollars.... Figured I would ask.

8/10/16, 6:01 PM

Let me make a few calls.

Okay great. I'm in Boca raton now at my attorney's office. We can do any call any time over next 24 hours.

Thanks and I'll pay for your diamond

Need to know a bit more info. Can we chat in 15?

Yes

I'm in the office let me know when free

My attorney and I will both be on call

5/3/2016, 20:37

You still sending those docs over?

Almost done

Still in his office

Page 5 of 34

8/10/16, 6:01 PM



2 mins

Ok cool

Haha. You have swag!

Obviously

Obvi ur aware that Oregon legalized recreation use yesterday

Shuld be a hit market

Bro those numbers are so conservative we talked about

That's like 2 percent of the market and we will have like 50

I'm excited

First email sent

Two more to follow

Btw the only flight to Vegas was in the AM so we will be there early

Cool going to get on it now

No worries

You received everything correct?

Yes. My Attorney should be finalizing shortly.

Okay great. I am actually back in my attorneys office and will wait here if it will be in our hands tonight so we can execute.

He is going to call me in a sec. I will know his thoughts momentarily and when he can turn around.

WCS we can wrap up in the AM. Fed doesn't open until 9am

whats was

wcs

Worst case scenario

okay no problem. That works

okay we are going home as we are beat. Sign and send to me when finished and we will execute first thing in the AM.

Have a good night. Will do. I'm right there with yeah. Going make my attorney earn his fees tonight. I'm up at 5 so will prob sign and send over in the AM after my run

ill be up at 6. I've been working out like a champ for vegas

I'm trying too..hired a trainer and everything but can't seem to stop eating crap at night It's going to be nuts!

 yes sir! talk in the AM.

TTY then



5/4/2016, 07:19

 I'm up and at it

Ditto. My attorney sent me all the docs last night but in PDF and he needs to make a few small corrections. Have a call into him just waiting for him to get back to me



Word! I'll be at my attorney's office by 830 and will sign everything there with him. FYI this is the best investment you will every make. This is a serious company and there were 500 other companies that wanted Florida and Oregon!

It's a huge business! There are PE guys who do nothing but raise capital for these businesses. Once things settle a tad I would like to know a bit more about the operations. The few people I spoke with yesterday are very interested



Ya that's what I was going to say. I have a lot of the capital committed but if you want to help I will cut you in and give shares for the raise. Also on the DL we are about to sign DC next week

Woah!! Your going be huge. Once your a gazillionnaire I'd be happy to help you manage it:) Count me in on the capital raise.



8/10/16, 6:01 PM



For sure brother

I'll be in the office shortly myself; I control my wires so that part will be easy– just need my attorney to pick up. If he is still non responsive in 30 I'll print and make the changes by hand. want to wrap this up before the market opens

Ya me to. No worries anything we need to change after if he doesn't answer we can do.

Can you confirm the bank account address of record

One sec.

39 Broadway room 1740 New York, NY 10006–3104

Wire is tee'd up. Just heard back from my attorney. Waiting on the word docs and will have scanned over to you ASAP

Is that ATO's addy of record or the banks? Need ATO's

I'll be to office in 10 mins



39 Broadway is ATOs, and 29 Broadway is the bank

Same building

Cool thx

Our Company:  ATO Holding Group LLC Bank
Account#: 4830 1220 8035 Routing# for Domestic
Wires: 026009593 Bank Name: Bank of America,
N.A. Banking Center Name:  29 Broadway
Associate's Name:  Maria Elgarhi
maria.elgarhi@bankofamerica.com 212-563-7625

I'm in the office

5/4/2016, 09:21

Check your inbox

Signed and noterized

Thx. I submitted the wire. Confirming with my back
office. Will fwd the confirm as soon as they get it

Need confirmation sent to me and Alan ASAP
thanks

8/10/16, 6:01 PM

Just spoke with them. They said should go through this morning. I have a 10 meeting but will call back if I don't have the confirm by the time meeting ends. Money will be there today

Sounds good thanks

Nothing there yet

5/4/2016, 11:21

Checking on it now

On the other line

Will call you back ASAP

K

I've been going back and forth with my back office. It will be done with time to spare.

Okay on stand by

Funds sent

8/10/16, 6:01 PM



Send me confirmation thank you

To email

Sent. Money should show shortly 

Got it

5/4/2016, 15:22

Nice work brother. This is going to be an awesome ride. When we are in Vegas we are going to go to the new 3.5 million dollar facility Tikun just built. Also no joke if you help me raise some more capital in the next week I'll issue you more shares. We have set aside 500k shares for the raise to give out. Also I will give you a honorary shares every state we go into and raise I'll give you 100k shares. I have 1 million committed in the next couple weeks but first money in takes president to me!!!

5/4/2016, 17:23

I'm pumped! That will be awesome to tour it! Count me in.

I have a million commited in writing from a legit company. I'll send it to you. Help me raise another 500k as I have one more deposit into the company before Monday and the rest I don't need in for 60 days.. I'll pay you whatever interest and shares we agree on. I've wanted another younger partner in this as my attorney is amazing but he is 60. No joke it's in two years the two states alone not including DC will be worth 500 million....I'm so fucking excited



You read everything I sent you. So fucking pimp

I read most. Will be circling back to read everything else this weekend.

I have 6 million shares

It's going to be a good life

Have you asked Charlie at all?

I'm very private. Charlie knows what's going on as him, me and my brother have a holding company together. Is is getting a percentage of profits from deal

Gotcha. I know one of his friends Michael is big in the business

I have like 3 Jewish doctors down here that are putting in cash as well this week. This is a cash machine!!

It's such a huge business that is only going to grow

Thanks for stepping up. If you have other people

let me know. Super excited. Plus your 100k shares
is worth a fuck ton of money already

Lol

Can you talk in a little while

Yea. Give me like 20. Just finishing up dinner

No worries text me when ready

5/4/2016, 19:37

I'm good to chat

5/5/2016, 15:50

Can you email a copy of all the docs to
leelevittesq@gmail.com

He is and his clients are interested

5/5/2016, 17:57

K I'm still in meeting in Tlkun Olam

Give me 30 mins

8/10/16, 6:01 PM

No rush.

Sent

Cool. Thx. I'll follow up with them but they are some heavy hitters

Get this done for me brother. Omg I'm still here this is the biggest business and company you will ever have come through your hands

No joke

I swear I will give you the whole 500k shares and 100k in every state we go into

Im working at it!

What I sent them is very private and I don't have a NDA

So please advise them

They rnt going to share. I'll follow up and let them now.

8/10/16, 6:01 PM

What company do you work for

Suntrust private wealth management

Nice

I wasn't sure

Just trying to figure where I'm going to be sticking all my money

I can def help with that

5/6/2016, 09:30

Alan and I are available any time today to speak to your guys today. IT is crunch time for us. The meeting last night went amazing.   We have secured DC as well and we are going to be preparing a PPM for it over the next 2 weeks. The plans for Oregon are insane. Also we are going to have a flag ship Dispensary in DC that we project to do first year 70 Million in revenue. Tikun is like the Rolls Royce of Mary Jane

The rolls Royce, I love it! Glad all went well. I will follow up with em but want to give it a few days unless they reach back out today.

sounds good thanks

8/10/16, 6:01 PM



5/6/2016, 15:03

Call me when free

Will do; might be a bit– on a call now. the. Have a 4 call and 430 meeting. Anything time sensitive?

Call u in 10 mins

5/7/2016, 21:36

I'm assuming u didn't hear from your boys or did they at least confirm my email?

I have not heard. I'm sure they did but did not confirm



Sounds good brother

5/8/2016, 15:28

I'm working on 15 people for tomorrow. My attorney will put his house up as collateral as well and sign a note. Need the money for 5 days. Just keeping you updated. Will pay 25k for 5 days

It will just sit in the account we are not evening using it also.

5/8/2016, 17:28

8/10/16, 6:01 PM

I will pass the msg along

Thanks man

5/8/2016, 19:51

Come tomorrow I'm willing to sell my soul

I'll even let someone throw rocks at me for 20 mins straight

5/9/2016, 07:33

Good morning Sam. So i spoke with Alan at depth last night. We have 3 people 80 percent for today on sending cash and by friday we have 100 percent a lot of money coming in for the raise. We are to the point if you can help again today we will give you a 10 percent stake in the company and you will be a founding member with us. Sorry to bug you but i wanted to throw it out there for you. Ill be averrable all day thanks

also it will include 10 percent in every state. We like you on board and you have a lot of people that can help with every states raise....

Just talked to my guys took know up and They did not get your email. They are checking spam. But can you resend Also

give me email again

8/10/16, 6:01 PM

Leelevittesq@gmail.com

sent and i just BCC

you

he just replied. He got it

Great.

stay on them as best you can. Lots of pressure today. Thanks bud

I'm on it

okay great.

5/9/2016, 09:40

Just got 50k more already in account. Need 221 by 5 pm.

Just got another 50K... need 171 by 5 pm....

5/9/2016, 13:05

8/10/16, 6:01 PM

FYI. I have a group right now that for the remaning 171K they will give it Alan and I, however they want 33 Percent of the company. At this point i have no other options. If you can come through like a knight in shinning armor i would rather go that route and we will sit down and figure out the structure....anyway call me when free or text me. Just keeping you in the loop as we are to the wire right now



id rather give you a percentage of the company than these fucking cocksuckers trying to rap me right now



Unfortunately I do not have any more that I can give and my guys are not going to be able to execute before 5 today. Srry. That's a crap deal, why don't you fund yourselves and then pay yourselves back once fining next week comes in. There has to be a better way including asking for an extension then giving up 1/3rd



I agree..okay thanks for the help. Definitely stay on your guys over the next week or so as I would rather do a long term play with them anyway as from what you said they have a crap load of capital



thanks

5/9/2016, 16:36



Was able to get extension until tomorrow



I refused to take that other groups money

okay brother. No more pressure. we secured all the funds!!!!!!!!!

That's awesome! Congrats. You must be feeling great!



now its time for the 5.5 million dollar raise. Lets make some serious money tighter.

5/11/2016, 12:13

Can you chat today?

Hey Srry, saw u called yesterday but was in b2bs til last night. Running to a mtg now but will give give a ring this afternoon if that works

no worries

5/12/2016, 18:52

You should really try and push some of your big hitters for TIkun Olam. We believe Oregon year one could realistically do 250 million

5/16/2016, 08:30

sent you over the Revised PPM, Operating agreement, Deck and NDA in case you have anyone else interested.

Thanks. Why the sudden change? If you have

8/10/16, 6:01 PM

already raised some capital doesn't changing the deal structure have some serious impact especially with an add in of fees etc

Can u talk in driving

Yea

5/16/2016, 21:19

http://www.cnn.com/2016/05/16/health/medical-marijuana-babies/index.html

today in the news CNN

check the video out

Good press

I have 3 companies just from today fighting over the PPM to give us the money. We released it this morning

lol

That's great! Prob want that PMm for Florida to begin to take commitments?!

8/10/16, 6:01 PM

 you know it.

5/22/2016, 21:55

Flight confirmed for Thursday! We are pumped! Is it
cool if we check in early thurs morning? I know u
said u had the hook up and r taking care of the
hotels, cabanas etc but let me know if I can chip in
please. if not I'm going have to at least take u to
the steak house in the Wynn or back in DC

Okay I'm getting discount rates for a group of
rooms. I will have all the room confirmations by
tomorrow evening. Clark said that nicks dads villa
is available and we can use it to party in a couple of
nights. If you want to chip in no problem, but I
have a host there so I'm sure we will be doing a lot
of gambling so at the end of trip he looks and we
may get better rates. It's going to be you and your
girl, me, my biz partner, my buddy Eric, and a
couple other people that are 75 percent in the air.
When we are there we can map out what we want
to do. There is a big diamond show as well all
Weekend. I want to pool all day and basically do
whatever we want.

Charlie may come as well

All I know is I need a nice vacation so I'm excited

And yes u can check in

Early

So excited! Sounds like a good crowd and plan. Def want/need to hit the pool parties! Okay cool. Just let me know whenever what I can contribute. Prob won't be able to ball as hard as u but will also spend some quality time on the tables. Thank you for putting it all together! 

 Honestly I'm conservative on tables nothing crazy. The whole objective is to chill and get drunk. I'm more of a go wth the flow type of Vegas guy. I'm sure we will have a blast . It will be fucking fun.

 I still might bring a girl with

 Lol

Lol. If not you will meet 3 new ones. Vegas is always a blast. 

 True.

### 5/23/2016, 15:37

Dice clay is going to be at the Tropicana sat night; 

I'm down to do whatever you want. I think I'm bringing this girl with

Niice. Not sure if they would appreciate dice clay as much. Just checking out what's avail. 

5/25/2016, 09:43

Vegas baby

VEGAS!!!! Can't wait– so pumped

Ya man

I'm driving from LA to Vegas top down through the desert

Haha. Why kinda wheels? Be careful– I've gotten really bad sunburn that way

My buddy who is coming I believe has a bmw. Nothing special

5/26/2016, 08:24

On the plane; Vegas bound! See you this afternoon

5/26/2016, 12:15

Hugs and kisses

All checked in; palace tower room 2125

5/26/2016, 14:26

8/10/16, 6:01 PM



Get a rewards play card and anything you spend at ceasers put on the room. I have a VIP host and will monitor our play all weekend

Sounds good

5/26/2016, 21:57

What table u ay?

5/27/2016, 14:06

5/28/2016, 01:25

How u feeling?

5/28/2016, 15:16

Black jack

Be to pool soon

Win big

5/30/2016, 02:40

My debit card has reached its limit for the day lol spot me 500 dollars till tomorrow and I'll venmo it to you tomorrow

Yea where r u?

8/10/16, 6:01 PM



Down stairs

Same

I'm by the cashier

I'm standing next to it

Where u at

5/31/2016, 13:14

Hey! Hope u made it back to LA safely. Thanks again for the invite. Had a blast! Can u venmo me when u get a chance. Thx.

6/1/2016, 21:16

Yo in meeting in LA.

Forgot to text you yesterday back

Hey! Don't know if my txt yesterday went through. Anyway hope ur out celebrating the big day!!

No worries; I figured it didn't go through or u were busy with work

Moving some money around tomorrow and will get you back. Also solidifying all the cash this week 😊

Cool. Thx. Awesome! Congrats!

Look into August trip as well

When u have time

I'll put Becca on it. Will send you some hotel etc

Cool

6/3/2016, 10:50

Can I call you in 20

Call me in an hour

Srry saw this after I called.

Yo

8/10/16, 6:01 PM



6/6/2016, 11:27

Hey! Good morning. Hoping u will have some good
news for me today. Any word yet?



 I'm working on it brother. Today is day everyone is
moving

 I have 3 groups ready to wire. If it's delayed I have
a loan ready for we'd for your cash

 Weds

Ok. Still hoping for today for the big wire for ya

 6/7/2016, 13:33

Yo! How we doing?

Guessing ur in a nitg getting er done. Call me when
u get a chance. Thx

6/7/2016, 16:27

Meeting call u in a bit

KK. Thx

8/10/16, 6:01 PM

I'm on a break– u have 5? 

6/7/2016, 19:16

? 


 I'm trying to close this out today. I know you are waiting for the money. I am fucking working like a slave to get this done. I am giving you 50k dollars and 100k shares for 30 days of capital. I swear I'm working my fucking ass off to get it done immeadiately

Thank you I appreciate that and know your working. As I'm sure you can appreciate, I'm interested in knowing what's going on. 30 days was yesterday and am trying to get an update. Yesterday you said you would let me know today; And that's why I have been calling texting. I have people hounding me for money bc I promised them Monday. I Do need it tomorrow morning and hearing it from you will help qualm my concerns. 

If we need to push part of the funds then we should sign an extension versus being in default 

Can you spare 5 minutes? 

 I promise you I will call you shortly. I am finishing up meeting with banker. He is here with me at hotel

We have already signed a contract and we are
going over the payment process

Thank you. I will talk to you soon.

6/9/2016, 15:15

U still thinking today? Getting close to cob; really
need to pay these guys...

Alan just said he is hawking his account wire is
suppose to be coming in from west coast. He
already lodged immeadiate wire to you once it's in

Gotcha. Thx. Sounds like today or first thing
tomorrow which I'll try and make work. Appreciate
it!

6/10/2016, 14:31

What's the deal?

Call u in sex

KK

6/13/2016, 13:47

How we doing for today? Need those funds Today
and soon

6/13/2016, 17:04

8/10/16, 6:01 PM

Matt! I need these fund. Where r we? 

6/14/2016, 09:18

Matt, please call me this morning. 

6/15/2016, 10:38

 I didn't. I he my phone on do not disturb as I was in the mountains at a secure location here and had to focus on getting this done. These people are sending me a lot of money and I was at there compound in the mountains for 2 days and came back down last night

Mike sent the pic around. Missing the "& things". But I can't wait to rock mine! 

He sent me like 15

When I get home I'll send them out

Omg that's fucking amazing! Going to open up a place 

Monday 21:13

Hey bud. Hope all is well. Not sure if my attorney got a hold of Alan but just wanted to let you know the grace period on the loan is up tomorrow. I'm sure you have it under control but jic I did not want

8/10/16, 6:01 PM

you to be surprised when we pursue it as it is overdue. 

Tuesday 17:23

Tried calling to chat with you. Consider us good friends and trying to do this the right way. 

 I am still here getting this done. I am getting u the money shortly I promise. Meeting my guy at 3 and he is suppose to wire. It is coming. I am with people right now I can't talk at moment

Ok 

# EXHIBIT D

 Gmail                                    Sam Solondz <s.solondz@gmail.com>

## 2nd set of docs re JV
2 messages

Alan Fisher <Alan@alanfisherpa.com>                         Tue, May 3, 2016 at 8:46 PM
To: "s.solondz@gmail.com" <s.solondz@gmail.com>
Cc: Matthew Lobene <mlobene@integradiamonds.com>

Alan J. Fisher, P.A.

7000 W. Camino Real

Suite 240

Boca Raton, FL 33433

Additional offices in Port St. Lucie

Boca Raton:      561-300-3375

Lake Worth:     561-439-0004

Port St. Lucie: 772-316-0007

Fax:            561-300-3381

We are proud to be a debt relief agency under the auspices of the United States Bankruptcy Code and
assist people in the filing of bankruptcy in the United States Bankruptcy Court for the Southern District of
Florida.

We practice Bankruptcy, Debtor's Rights, Creditor's Rights, Debt Negotiations and Settlements, Tax
Workouts and Offers in Compromise with the IRS, Short Sales and Mortgage Modifications.

IRS Circular 230 Disclosure: Please note that the views expressed herein or in any attachments hereto are
not intended to constitute a "reliance opinion" under applicable Treasury Regulations, and accordingly are
not intended or written to be used, and may not be used or relied upon, for the purpose of (i) avoiding tax-
related penalties that may be imposed by the Internal Revenue Service, or (ii) promoting, marketing or
recommending to another party any tax-related matters addressed herein.

CONFIDENTIALITY STATEMENT: The information contained in this electronic communication, including any and all attachments and enclosures, may be privileged and is strictly confidential, intended solely for the use of the person(s) identified above to receive this communication. If you are not the person(s) identified above to receive this communication, you are hereby notified that you may not disclose, print, copy, disseminate, or otherwise use the information contained herein. If you are an employee or agent of the person(s) identified above to receive this communication and, as such, you have been authorized to deliver this communication to such person(s), you may disclose, print, copy, disseminate, or otherwise use the information contained in this communication solely for the purpose of such delivery. Unauthorized interception and/or use of this communication are/is strictly prohibited and may be punishable by law. If you have received this communication in error, please reply and notify the sender (only) of that fact and delete the communication, including any and all attachments and enclosures, from your computer or other electronic device on which you may have received this.

**4 attachments**


TIKUN8 5X11_RevisedSpreads_1110 (1) (2).pdf
2839K

U S  Dept of Treasury Press Releaase.pdf
126K


Dept of Treasury Guidelines and related matter.docx
16K

DEA response.pdf
1314K

---

**Samuel Solondz** <s.solondz@gmail.com>                     Tue, May 3, 2016 at 8:47 PM
To: Ramsey Alloush <ralloush@alloushllp.com>

[Quoted text hidden]
--
Best,

Samuel M. Solondz
C: 973.769.6702

**4 attachments**

TIKUN8 5X11_RevisedSpreads_1110 (1) (2).pdf
2839K

U S  Dept of Treasury Press Releaase.pdf
126K

Dept of Treasury Guidelines and related matter.docx
16K

DEA response.pdf
1314K

# EXHIBIT E

 Gmail                          Sam Solondz <s.solondz@gmail.com>

## Loan docs
7 messages

Alan Fisher <Alan@alanfisherpa.com>                  Tue, May 3, 2016 at 8:41 PM
To: "s.solondz@gmail.com" <s.solondz@gmail.com>
Cc: Matthew Lobene <mlobene@integradiamonds.com>

Dear Sam:

It was a pleasure speaking with you earlier.  As promised, attached are the loan docs for you to review and
revise.  We will execute them immediately upon their completion.  I am also sending two additional emails
with all of the documentation regarding the joint venture.

Below please find the wiring instructions.

Our Company:  **ATO Holding Group LLC**

Bank Account#: **4830 1220 8035**

Routing# for Domestic Wires: **026009593**

Bank Name: **Bank of America, N.A.**

Banking Center Name:  **29 Broadway**

Associate's Name:  **Maria Elgarhi**

**maria.elgarhi@bankofamerica.com**

**212-563-7625**

Please send a confirmation of the wire to me after it is sent.  Thank you.

# EXHIBIT F

 Gmail                    Sam Solondz <s.solondz@gmail.com>

## Loan Payoff Letter
3 messages

---

**Samuel Solondz** <s.solondz@gmail.com>              Wed, Jun 8, 2016 at 8:40 PM
To: Matthew Lobene <mlobene@integradiamonds.com>, Alan Fisher <alan@alanfisherpa.com>
Cc: Ramsey Alloush <ralloush@alloushllp.com>

Hi Matt & Alan,

Here is the loan payoff letter for tomorrow.  Thanks!

--
Best,

Samuel M. Solondz
C: 973.769.6702

 **Loan Payoff.pdf**
7K

---

**Alan Fisher** <Alan@alanfisherpa.com>              Thu, Jun 9, 2016 at 10:45 AM
To: Samuel Solondz <s.solondz@gmail.com>
Cc: Matt Integra <mlobene@integradiamonds.com>

Good morning, Sam:

Just want you to know that we are awaiting funds to be wired into our account and we have already
lodged wiring instructions with my bank to pay you in full once the funds have cleared my trust account.
Obviously, we'll let you know when all of this has been effectuated.

Best,

Alan

Alan J. Fisher, P.A.

433 Plaza Real

Suite 275

Boca Raton, FL 33432

Additional offices in Port St. Lucie

Boca Raton:    561-300-3375

Lake Worth:    561-439-0004

Port St. Lucie:  772-316-0007

Fax:           561-300-3381

We are proud to be a debt relief agency under the auspices of the United States Bankruptcy Code and assist people in the filing of bankruptcy in the United States Bankruptcy Court for the Southern District of Florida.

We practice Bankruptcy, Debtor's Rights, Creditor's Rights, Debt Negotiations and Settlements, Tax Workouts and Offers in Compromise with the IRS, Short Sales and Mortgage Modifications.

IRS Circular 230 Disclosure: Please note that the views expressed herein or in any attachments hereto are not intended to constitute a "reliance opinion" under applicable Treasury Regulations, and accordingly not intended or written to be used, and may not be used or relied upon, for the purpose of (i) avoiding tax-related penalties that may be imposed by the Internal Revenue Service, or (ii) promoting, marketing or recommending to another party any tax-related matters addressed herein.

CONFIDENTIALITY STATEMENT: The information contained in this electronic communication, including any and all attachments and enclosures, may be privileged and is strictly confidential, intended solely for the use of the person(s) identified above to receive this communication. If you are not the person(s) identified above to receive this communication, you are hereby notified that you may not disclose, print, copy, disseminate, or otherwise use the information contained herein. If you are an employee or agent of the person(s) identified above to receive this communication and, as such, you have been authorized to deliver this communication to such person(s), you may disclose, print, copy, disseminate, or otherwise use the information contained in this communication solely for the purpose of such delivery. Unauthorized interception and/or use of this communication are/is strictly prohibited and may be punishable by law. If you have received this communication in error, please reply and notify the sender (only) of that fact and delete the communication, including any and all attachments and enclosures, from your computer or other electronic device on which you may have received this.

**From:** Samuel Solondz [mailto:s.solondz@gmail.com]
**Sent:** Wednesday, June 8, 2016 8:41 PM
**To:** Matthew Lobene <mlobene@integradiamonds.com>; Alan Fisher <Alan@alanfisherpa.com>
**Cc:** Ramsey Alloush <ralloush@alloushllp.com>
**Subject:** Loan Payoff Letter

[Quoted text hidden]

---

**Sam Solondz** <s.solondz@gmail.com>                    Thu, Jun 9, 2016 at 10:50 AM
To: Alan Fisher <Alan@alanfisherpa.com>

Cc: Matt Integra <mlobene@integradiamonds.com>

Thank you much.

Best,
Sam


[Quoted text hidden]

# EXHIBIT G

6/23/2016                                        Matt Lobene - Messages

New! Add multiple photos, message friends of friends and more.                    Hide    See What's New

Recent (2)   Message Requests   More       **Matt Lobene**            New Message

Search                                                    June 15

Matt Lobene                              Matt Lobene                                6/15  10:33am
                                         Was out of touch the last two days. Got everything done and it took a
                                         little longer but it's coming in today
**Mike Indursky**              Jun 9
You're now friends with Mike Indu...     Sam Solondz                                6/15  10:35am
                                         I will be very happy once complete; Why did you block my cell?
**Rachael Levine Novalis**     Jun 6
Yeah they do  Thanks for checkin...      Matt Lobene                                6/15  10:39am
                                         I didn't. I had my phone on do not disturb as I was in the mountains at a
**Michael Levi**              May 18     secure location here and had to focus on getting this done. These
I'm doing good man  Looking forw...      people are sending me a lot of money and I was at there compound in
                                         the mountains for 2 days and came back down last night
**Adam Berenato**             Apr 23
Likewise! My cell is 9737696702 ...      I'm under a lot of stress. I know what is owed and I haven't been home
                                         now in 38 days
**Cormick Gaughran**          Apr 18
ok great                                 I have Charlie, my brother and every one else harrowing me

**Becca Chornock**             Apr 3     My only goal is to complete this and I had to focus
You'll be happy you watched it
                                         Sam Solondz                                6/15  10:48am
**Sid Chary**                 Mar 31     That's fair.  I have an idea of how it must feel.  Next time you go solo or
Thanks buddy                             need to focus just say so or give me a heads up.  I'm in a serious bind
                                         and I would have started working in a plan b sooner.
**Steve Mathany**             Mar 14
Good Evening All, Just checkin ...       Anyway when someone is writing ur biography this will make for an
                                         interesting chapter and a huge move on your part.  I will of course wait
**Matt, Marco**             12/15/15     to see funds but will be calling to congratulate you.
Marco  if you guys want to meet a...
                                         Matt Lobene                                6/15  10:49am
**Marjorie Devereux Zöbisch** 11/13/15   Love ya man thank you. Everything will be great and I promise you will
Ahahaha. I just saw this  Too funny!     be compensated more than expected. When I see you and tell you what
                                         I have done you will be shocked. I have done some damage out here
**SHHH! IT'S A SURPRISE**   11/13/15
You sent a GIF                           Sam Solondz                                6/15  10:48am
                                         Money is alway a plus but seeing you take this thing to the top is going
**Becca, Mara**             10/26/15     to be the real prize.  Glad I have court side seats to watch you kill it!
Mara  Awesome!!! That would be ...
                                         Matt Lobene                                6/15  11:10am

                                         Write a reply...

                                         Add Files     Add Photos        Press Enter to send    Reply

Catherina Huyett
commented on her own
post.

Kevin Adam Rodriguez
shared Corazon Contento
Con Ley's video.

Mike LaRosa shared
Chicago Tribune's post.
Speechless. Ashley Laura
Grace

Van Tran and Marcela
Sopo-Huerta are now
friends.

Lawrence Teller replied to

Rachael Levine No .

Dave Yung-Mane

Dan Quinn

Mario Sanchez

Jeff Small

Wendy Clarke Bald...

Samuel Kochman

Jonathan Weisa

Kevin Adam Rodrig...

Lauren Kasman

Peter S Chang

Maria Egan

Justin Monahan

Meredith Miles

Lawrence Teller

Mike LaRosa

Alex Friedman

MORE FRIENDS (3)

Alex Rafla



New! Add multiple photos, message friends of friends and more.                    Hide

Recent (2)   Message Requests      More        **Matt Lobene**                          New Message

Search

Mike Indursky                Jun 9
You're now friends with Mike Indu...

Rachael Levine Novalis        Jun 8
Yeah they do. Thanks for checkin ...

Michael Levi                 May 18
I'm doing good man. Looking forw...

Adam Berenato                Apr 23
Likewise! My cell is 9737696702...

Cormick Gaughran             Apr 18
ok great

Becca Chornock               Apr 3
You'll be happy you watched it

Sid Chary                    Mar 31
Thanks buddy

Steve Mathany                Mar 14
Good Evening All. Just checkin ...

Matt, Marco                 12/15/15
Marco  if you guys want to meet a ...

Marjorie Devereux Zöblsch    11/13/15
Ahahaha I just saw this. Too funny!

SHHH! IT'S A SURPRISE        11/13/15
You sent a GIF

Becca, Mara                  10/26/15
Mara  Awesome!!! That would be ...

---

June 16

**Sam Solondz**                                                6/16 3:25pm
Realistically do you expect funds this week or by end of day next
Tuesday? If not what is your honest expectation of when you anticipate
a wire in?  Thanks!

**Matt Lobene**                                                6/16, 3:26pm
100 percent by end of day next Tuesday or end of this week. I already
have a loan lined up if I don't get wire in by tomorrow

**Sam Solondz**                                                6/16, 3:28pm
Ok cool. Thanks.  Im gonna hold you to that☐.

I'm not gonna pester you as I know ur working like a mad man.
Looking forward to it.

**Matt Lobene**                                                6/16, 3:29pm
Thanks brother

Monday

**Sam Solondz**                                                6/20, 9:10pm
Texted you. Not sure they are going through.  See copy and paste:

Hey bud.  Hope all is well.
Not sure if my attorney got a hold of Alan but just wanted to let you
know the grace period on the loan is up tomorrow.  I'm sure you have it
under control but jic I did not want you to be surprised when we pursue
it as it is overdue.

Write a reply...

Add Files       Add Photos              Press Enter to send

---

Catherine Huyett
commented on her own
post

Kevin Adam Rodriguez
shared Corazon Contento
Con Ley's video.

Mike LaRosa shared
Chicago Tribune's post.
Speechless. Ashley Laura
Graco

Van Tran and Marcela
Sopo-Huerta are now
friends.

Lawrence Teller replied to

Rachael Levine No...

Dave Yung-Mane

Dan Quinn

Jeff Small

Wendy Clarke Bald...

Samuel Kochman

Jonathan Weiss

Kevin Adam Rodrig...

Lauren Kasman

Peter S. Chang

Marie Egan

Justin Monahan

Meredith Miles

Lawrence Teller

Mike LaRosa

Alex Friedman

Katelyn Glass

MORE FRIENDS (2)

Don Wogaman

# EXHIBIT H

# M Gmail

Sam Solondz <s.solondz@gmail.com>

## Loan
9 messages

**Sam Solondz** <s.solondz@gmail.com>                    Wed, Jun 22, 2016 at 4:37 PM
To: Alan Fisher <alan@alanfishcrpa.com>
Bcc: Ralloush@alloushllp.com

Hi Alan,

Given the default and delay on the loan I had my attorney prepare a loan modification to dramatically
decrease the interest expense in hopes this will make the loan repayment easier and quicker.

With that being said, I kindly request that you and Matt on behalf of Amedca & Co repay the loan
immediately (using the new interest rate if you agree).

Please let me know your thoughts on the loan modification or if you agree please sign/send and I will then
do the same.  Thank you!

Best,
Sam

📎 **AMENDMENT TO LOAN AGREEMENT AND PROMISSORY NOTE.pdf**
    55K

REDACTED

Boca Raton, FL 33432
Additional offices in Port St. Lucie

Boca Raton:    561-300-3375
Lake Worth:    561-439-0004
Port St. Lucie: 772-316-0007
Fax:           561-300-3381

We are proud to be a debt relief agency under the auspices of the United States Bankruptcy Code and
assist people in the filing of bankruptcy in the United States Bankruptcy Court for the Southern District of
Florida.

We practice Bankruptcy, Debtor's Rights, Creditor's Rights, Debt Negotiations and Settlements, Tax
Workouts and Offers in Compromise with the IRS, Short Sales and Mortgage Modifications.

IRS Circular 230 Disclosure: Please note that the views expressed herein or in any attachments hereto are
not intended to constitute a "reliance opinion" under applicable Treasury Regulations, and accordingly are
not intended or written to be used, and may not be used or relied upon, for the purpose of (i) avoiding tax-
related penalties that may be imposed by the Internal Revenue Service, or (ii) promoting, marketing or
recommending to another party any tax-related matters addressed herein.

CONFIDENTIALITY STATEMENT: The information contained in this electronic communication, including
any and all attachments and enclosures, may be privileged and is strictly confidential, intended solely for
the use of the person(s) identified above to receive this communication.  If you are not the person(s)
identified above to receive this communication, you are hereby notified that you may not disclose, print,
copy, disseminate, or otherwise use the information contained herein.  If you are an employee or agent of
the person(s) identified above to receive this communication and, as such, you have been authorized to
deliver this communication to such person(s), you may disclose, print, copy, disseminate, or otherwise use
the information contained in this communication solely for the purpose of such delivery.  Unauthorized
interception and/or use of this communication are/is strictly prohibited and may be punishable by law.  If
you have received this communication in error, please reply and notify the sender (only) of that fact and
delete the communication, including any and all attachments and enclosures, from your computer or other
electronic device on which you may have received this.
[Quoted text hidden]

**From:** Alan Fisher <Alan@alanfisherpa.com>
**Date:** June 22, 2016 at 5:08:40 PM EDT
**To:** Sam Solondz <s.solondz@gmail.com>
**Subject: RE: Loan**

[Quoted text hidden]

# PAGE 3 & 4 OMITTED
# ATTORNEY CLIENT PRIVILEGE

We are working to get this done within the week. We have not spoken about the specific terms but plan to either later tonight or tomorrow.

Regards,
Alan Fisher:
Sent from my iPhone
Please excuse typos resulting from auto-correction
[Quoted text hidden]

Begin forwarded message:

> **From:** Alan Fisher <Alan@alanfisherpa.com>
> **Date:** June 23, 2016 at 3:17:27 PM EDT
> **To:** Sam Solondz <s.solondz@gmail.com>
> **Subject: Re: Loan**

[Quoted text hidden]

# EXHIBIT I

8/10/16, 6:01 PM

## Message

# Alan Fischer

iMessage

5/9/2016, 12:03

Sam

Thanks Alan! Matt too has been keeping me up to date. I'm working on my folks but I am less than confident they will come to a positive decision and have time to execute that quickly. 

6/7/2016, 21:39

Thanks for the call Alan. Spoke to Matt. Fingers crossed for tomorrow. Good things to come. Very excited! 

You're welcome.

6/14/2016, 09:48

Alan, not sure if you managed to connect with Matt; I have not. Phone has been off--hope he is okay. Separately, I need at least some funds today even if that means you have to pull it out of escrow or borrow. I can't extend any longer without it causing serious problems. Please let me know what's happening and when you are going to send the wire. Thank you. 

I have not. Trying him soon.

6/14/2016, 17:45

Hi Alan, I left you a vm a few hours ago as well.



What is going on? I cannot get ahold of Matt and we need to come up with a solution here.

My understanding from another of my partners is that Matt has been in meetings all day trying to secure funding to repay the money borrowed and then some.



My attorneys are going to contact you on my behalf tomorrow morning seeing as you are the managing member. So you know I think I have been very understanding. I hope you would agree. At this point however I am upset because 1)matt is blocking my calls 2) he has not given me an update since Friday and I think one is called for especially given his promise of Monday. You can probably agree that this is not how business should be done. The delay is one item but a lack of communication given the position it has put me is what I find unacceptable. I appreciate you and you taking the time to respond. Sorry for bothering you after hours. I hope you have a good evening.



That's fine to reach out to me. I have no problem with it. I think you have been reasonable about it. We'll get this resolved. I believe once the investors perform as promised you'll be paid in full. I believe that performance is imminent.

6/15/2016, 07:30



I spoke with another partner of mine to find why neither of us could reach Matt. He told me he was in the mountains and didn't have good cell service. He also told me that his understanding was Matt had reached an agreement with one of our investors and that, upon the signing of the agreement today, money would be wired to us. You will then be paid off. Thought you'd like the update.

8/10/16, 6:01 PM

Thank you for the update. So you know, Matt was in LA last night on sunset Blvd and there is perfect reception there.



6/15/2016, 09:42



Really? I was not aware of that.

Yes. He posted it on his FB.

Ah. I don't look at FB. THX

# EXHIBIT J

## AMENDMENT TO LOAN AGREEMENT AND PROMISSORY NOTE

This Loan Modification Agreement ("Agreement"), made this 22nd day of June, between Amedea Oregon, LLC ("Borrower") and SMS Capital, LLC ("Lender"), amends and supplements (1) the Loan Agreement ("Loan"), and (2) Promissory Note ("Note"), dated May 4, 2016.

In consideration of the mutual promises and agreements exchanged, the parties hereto agree as follows (notwithstanding anything to the contrary contained in the Note, Loan Agreement, or Guaranty):

1.1 Amendment to Section 1.5 of the Loan's Rate and Payment of Interest Provision. Section 1.5 of the Loan is hereby deleted in its entirety and replaced with the following: The aforesaid Note shall bear interest at the rate of 18% per annum. Except as expressly provided otherwise herein, all computations of interest and fees shall be made on the basis of actual number of days elapsed over a year of 360 days.

1.2 Amendment to the Note. The second sentence of paragraph one and paragraph two of the Note is replaced with the following: Two Hundred Fifty Thousand and No/100 Dollars ($250,000.00.00) with interest thereon at the rate of 18% per annum, from May 4, 2016 until paid, payable as follow:

Two Hundred Fifty Thousand and No/100 Dollars ($250,000.00.00) with interest thereon at the rate of 18% per annum shall be paid on June 6, 2016. Except as expressly provided otherwise herein, all computations of interest and fees shall be made on the basis of actual number of days elapsed over a year of 360 days.

1.3 All the rights and remedies, stipulations, and conditions contained in the Note and Loan relating to default in the making of payments under the Agreement shall also apply to default in the making of the modified payment hereunder.

1.4 All covenants, agreements, stipulations, and conditions in the Note and Loan shall be and remain in full force and effect, except as herein modified, and none of the Borrower's obligations or liabilities under the Note and Loan shall be diminished or released by any provisions hereof, nor shall this Agreement in any way impair, diminish, or affect any of Lender's rights under or remedies on the Note and Loan, whether such rights or remedies arise thereunder or by operation of law. Also, all rights of recourse to which Lender is presently entitled against any property or any other persons in any way obligated for, or liable on, the Note and Loan are expressly reserved by Lender.

1.5 This Amendment is incorporated by reference into the Loan and Note between the parties entered into on May 4, 2016.

IN WITNESS WHEREOF, the parties hereto have caused this Amendment to be duly executed and delivered as of the day and year first above written.

SMS Capital, LLC                                            Amedea Oregon, LLC
                                                           Alan Fisher, Managing Member
Date                                                                    7/12/16
                                                                         Date