# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| SMS CAPITAL, LLC,<br>1160 1st Street NE<br>PH 20<br>Washington, DC 20002<br><br>        Plaintiff<br>v.<br><br>AMEDCA OREGON, LLC,<br>5305 North River Road<br>STE 1B<br>Keizer, OR 97303<br><br>  - and -<br><br>ALAN FISHER,<br>Managing Member<br>433 Plaza Real<br>Suite 275<br>Boca Raton, FL 33432<br><br>  - and -<br><br>MATTHEW LOBENE<br>13 Cheviot Lane<br>Rochester, NY 14624<br><br>        Defendants | Case No. <u>1:16-cv-1626</u><br><br>Judge: Honorable Emmet G. Sullivan |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF COMPLAINT**

Plaintiff, SMS Capital, LLC, by counsel, now files this Notice of Voluntary Dismissal of Complaint pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, without prejudice, against Defendants. The Defendants have not answered Plaintiff's Complaint or moved for summary judgment on any of the claims asserted therein. Therefore, voluntary dismissal of the Complaint is permitted by Fed. R. Civ. P. 41(a)(1)(A)(i) without a Court Order.

1

Respectfully Submitted,
SMS CAPITAL, LLC
By Counsel

Dated: September 16, 2016

_/s/_____
Ramsey Alloush (D.C. Bar # 1012065)
Faisal Moghul (D.C. Bar #1007598)
Alloush LLP
1010 Wisconsin Avenue, NW
Suite 240
Phone: (202) 800-7248
Facsimile: (202) 827-0613
ralloush@alloushllp.com
moghul@moghullaw.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via electronic system this 16th day of September 16, 2016 and by First Class Mail, postage prepaid on Defendants.

 /s/ Ramsey Alloush
Ramsey Alloush